BRYAN CAVE LLP, #145700
Robert W. Shely (No. 014261)
Gregory B. Iannelli (No. 026549)
Teresa P. Meece (No. 032071)
Two North Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone:   (602) 364-7000
Facsimile:    (602) 364-7070
E-Mail:  rwshely@bryancave.com
             teresa.meece@bryancave.com

*Attorneys for Defendant Bank of America, N.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Denise Moulson, | No. 2:16-cv-00510-SRB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Bank of America, N.A., | (Hon. Susan R. Bolton) |
| Defendant. | |

Pursuant to LR Civ. 40.2(d), notice is hereby given that Defendant Bank of America, N.A. and Plaintiff Denise Moulson ("Plaintiff") have reached a settlement as to all issues and claims by and between the parties in the above-referenced matter.  The parties request that this Court allow them sixty days to finalize their settlement and to file a Joint Stipulation for Dismissal with Prejudice.

DATED this 9th day of September, 2016.

BRYAN CAVE LLP

By: s/ Teresa P. Meece
   Robert W. Shely
   Gregory B. Iannelli
   Teresa P. Meece
   Two North Central Avenue, Suite 2200
   Phoenix, Arizona 85004-4406
   *Attorneys for Defendant Bank of America, N.A.*

804879.2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9th 2016, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and mailed a copy to:

John Skiba
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
*Attorney for Plaintiff, Denise Moulson*


s/Donna McGinnis

804879.2

2